■ In the Matter of Thomas M. Oot, an Attorney.—Resignation accepted and name stricken from roll of attorneys. Present—Denman, P. J., Callahan, Green, Pine and Boehm, JJ.

■ People, Respondent, v Frank DeMauro, Appellant.—Motion to dismiss appeal as waived denied. Memorandum: Inasmuch as the plea minutes do not indicate that defendant understood that he was waiving the right to appeal as part of the plea bargain, the waiver is not enforceable (see, People v Moissett, 76 NY2d 909). Present—Denman, P. J., Green, Pine, Balio and Fallon, JJ.

■ People v Michael Lord, Defendant.—Motion for extension of time to take appeal granted. Memorandum: In spite of our repeated admonitions, defense counsel has been guilty of improper conduct in failing to give defendant the notice in writing in the form required by 22 NYCRR 1022.11 (a), in failing to file and serve a notice of appeal after being told by defendant that he wished to appeal, and in giving defendant improper advice concerning the manner of applying for leave to appeal as a poor person. Present—Denman, P. J., Green, Pine, Balio and Fallon, JJ.

■ In the Matter of Joseph Russo, Petitioner, v Thomas Coughlin et al., Respondents.—Motion for permission to appeal to Appellate Division denied as unnecessary. Memorandum: This motion for leave to appeal to the Appellate Division pursuant to CPLR 5701 (c) is unnecessary. An appeal from a judgment in a CPLR article 78 proceeding lies as of right. Present—Denman, P. J., Green, Pine, Balio and Fallon, JJ.

■ William E. Hunt, Appellant v City of Syracuse Treasurer et al., Respondents.—Motion to vacate abandonment of appeal denied. Memorandum: On his motion to vacate the dismissal of the appeal, petitioner has failed to submit facts showing a reasonable excuse for the delay and merit to the appeal. Present—Denman, P. J., Callahan, Boomer, Fallon and Davis, JJ.